437 A.2d 941

**James T. RAAB and Constance Raab, H/W, Appellants,**

v.

**KEYSTONE INSURANCE COMPANY, and Ed O'Keefe, Individually and as employee and claims supervisor for Keystone Insurance Company.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1981.

Decided Dec. 17, 1981.

Petition for Reconsideration Denied Jan. 29, 1982.

Anthony P. Baratta, Anthony B. Quinn, Philadelphia, for appellants.

Hugh J. Hutchison, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted. 271 Pa.Super. 185, 412 A.2d 638.